1

2

3

4

5

6

7

# UNITED STATES DISTRICT COURT

8

EASTERN DISTRICT OF CALIFORNIA

9

10  DONOVAN L. HALEY,

11          Plaintiff,

12      v.

13  RAUGH,

14          Defendant.

15  _____/

Case No.  1:13-cv-02082-LJO-JLT (PC)

ORDER DISMISSING ACTION WITHOUT
PREJUDICE FOR FAILURE TO PAY
FILING FEE OR FILE APPLICATION TO
PROCEED IN FORMA PAUPERIS

(Doc. 4)

16

17      Plaintiff, Donovan L. Haley, a state prisoner proceeding pro se, filed this civil rights action

18  on .  On December 30, 2013, the Court issued an order requiring Plaintiff to either pay the $400.00

19  filing fee in full or file an application to proceed in forma pauperis on the proper form (which was

20  provided with the order) within forty-five days.   More than forty-five days have passed and

21  Plaintiff has not complied with or otherwise responded to the Court's order.  Plaintiff was warned

22  that dismissal would occur if he failed to obey the order.

23      A civil action may not proceed absent the submission of either the filing fee or a completed

24  application to proceed in forma pauperis.  28 U.S.C. §§ 1914, 1915.  Based on Plaintiff's failure to

25  comply with the Court's order, dismissal of this action is appropriate.  *In re Phenylpropanolamine*

26  *(PPA) Products Liability Litigation*, 460 F.3d 1217, 1226 (9th Cir. 2006); Local Rule 110.

27  ///

28  ///

1    Accordingly, the Court HEREBY ORDERS this action dismissed, without prejudice, for

2  failure to pay the filing fee or file a completed application to proceed in forma pauperis.

3
   IT IS SO ORDERED.
4

5    Dated:   **February 25, 2014**          **/s/ Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2